UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:23-cv-04509-FWS-RAO                                         Date: August 17, 2023
Title: Clifford Loyer v. Stirling Price *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Melissa H. Kunig  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                           Attorneys Present for Defendants:

Not Present                                                          Not Present

**PROCEEDINGS: ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On June 7, 2023, Plaintiff Clifford C. Loyer ("Plaintiff") filed a Complaint. (Dkt. 1.) On June 28, 2023, Plaintiff filed a Request to Proceed Without Prepayment of Filing Fees ("IFP Request"). (Dkt. 5.) On July 5, 2023, the court postponed ruling on Plaintiff's IFP Request and ordered that Plaintiff submit a certified copy of a trust fund statement for the last six months within thirty (30) days of the Order, or by August 5, 2023. (Dkt. 5.) As of the date of this Order, Plaintiff has not filed any additional documents supplying a certified copy of a trust fund statement. (*See generally* Dkt.)

Accordingly, the court hereby **ORDERS** Plaintiff to show cause in writing no later than **September 18, 2023**, why this action should not be dismissed for lack of prosecution. Plaintiff may discharge the Order to Show Cause by filing a certified copy of a trust fund statement for the last six months that complies with the court's July 5, 2023, Order. Failure to adequately comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:23-cv-04509-FWS-RAO                                    Date: August 17, 2023
Title: Clifford Loyer v. Stirling Price *et al.*

**IT IS SO ORDERED.**

                                                                    Initials of Deputy Clerk:  mku